IN THE SUPREME COURT OF NORTH CAROLINA

2022-NCSC-130

No. 309A21

Filed 16 December 2022

IN THE MATTER OF Q.J.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 278 N.C. App. 452, 2021-NCCOA-346, affirming an involuntary commitment order entered on 17 January 2020 by Judge Pat Evans in District Court, Durham County. Heard in the Supreme Court on 20 September 2022.

*Glenn Gerding, Appellate Defender, by Katy Dickinson-Schultz, Assistant Appellate Defender, for respondent-appellant.*

*Joshua H. Stein, Attorney General, by South A. Moore, General Counsel Fellow and James W. Doggett, Deputy Solicitor General, for the State-appellee.*

*Disability Rights North Carolina by Lisa Grafstein, Holly Stiles, and Elizabeth Myerholtz, for Disability Rights North Carolina, National Association of Social Workers,[1] Promise Resource Network, and Peer Voice NC, amici curiae.*

PER CURIAM.

For the reasons stated in *In re J.R.*, 2022-NCSC-127, the decision of the Court of Appeals is affirmed.

AFFIRMED.

Justices HUDSON, MORGAN, and EARLS dissent for the reasons stated in Justice Earls' dissenting opinion in *In re J.R.*, 2022-NCSC-127.

---

[1] This listing includes the North Carolina Chapter of this organization.